# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EVERARDO FUENTES, *et al.*,<br><br>　　　　Defendants. | 2:18-cr-00300-JAD-VCF<br><br>**ORDER** |

Before the court is the Motion to Continue Hearing on Motion to Withdraw as Attorney Set for January 25, 2019 (ECF NO. 27).

Accordingly,

IT IS HEREBY ORDERED that the Motion to Continue (ECF NO. 27) is GRANTED.

IT IS FURTHER ORDERED that the hearing on the Motion to Withdraw as Attorney of Record (ECF NO. 25) scheduled for 3:00 PM, January 25, 2019, is RESCHEDULED to **10:00 AM, January 30, 2019, in Courtroom 3D**.

DATED this 24th day of January, 2019.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE